1
2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3

Jose CAMARGO ALEJO,

Case No.:  3:25-cv-0258-AGS-JLB

4

Plaintiff,

5

vs.

**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE (ECF 1) AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2)**

6

VISTA DETENTION FACILITY, et al.,

7

Defendants.

8

9
10
11
12

Plaintiff Jose Camargo Alejo, a detainee representing himself, has filed a civil rights complaint under 42 U.S.C. § 1983 (ECF 1), along with a motion to proceed in forma pauperis (ECF 2). For the reasons discussed below, the Court denies plaintiff's IFP motion and dismisses the action without prejudice.

13

**IFP MOTION**

14
15
16
17
18
19

Typically, parties instituting any civil action in a United States district court must pay filing fees of $405.[1] *See* 28 U.S.C. § 1914(a). An action may proceed without payment of fees at the time of filing only if the court grants the plaintiff leave to proceed. IFP. *See* 28 U.S.C. § 1915(a); *see also Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid").

20
21
22
23

A prisoner who qualifies to proceed IFP, however, remains obligated to pay the full amount due in monthly payments. *See Bruce v. Samuels*, 577 U.S. 82, 84 (2016); 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002). Thus, to proceed IFP, prisoners must submit "a "certified copy of the[ir] trust fund account

24
25

26
27
28

---

[1]   In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023).  The additional $55 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

1  statement (or institutional equivalent) for . . . the 6-month period immediately preceding

2  the filing of the complaint." 28 U.S.C. § 1915(a)(1), (2); *Andrews v. King*, 398 F.3d 1113,

3  1119 (9th Cir. 2005). The Court uses this financial information to calculate and assess an

4  initial partial filing fee, when appropriate. *See* 28 U.S.C. § 1915(b)(1)–(2); *Hymas*, 73 F.4th

5  at 767.

6       Here, plaintiff's IFP motion is incomplete because he has not included a certified

7  copy of his trust account statement. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2.

8  Without it, the Court cannot determine whether an initial partial filing fee may be required

9  to initiate the prosecution of plaintiff's case. *See* 28 U.S.C. § 1915(b)(1). Therefore, the

10 IFP motion is denied.

**CONCLUSION**

12      Accordingly, the Court:

13      (1)    **DENIES** plaintiff's Motion to Proceed IFP and **DISMISSES** the action

14 without prejudice. *See* 28 U.S.C. §§ 1915(a) & 1914(a).

15      (2)    **GRANTS** plaintiff until May 12, 2025, to re-open his case by either:

16 (a) prepaying the entire $405 in applicable fees in one lump-sum, or (b) filing a renewed

17 motion to proceed IFP, which includes a prison certificate, signed by a trust accounting

18 official attesting as to his trust account balances and deposits and/or a certified copy of his

19 Inmate Statement Report for the 6-month period preceding the filing of his Complaint. *See*

20 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b).

21      If plaintiff chooses to pursue neither of these options by May 16, 2025, this case will

22 remain dismissed without prejudice based on plaintiff's failure to comply with 28 U.S.C.

23 § 1914(a).

24

25

26

27

28

2

3:25-cv-0258-AGS-JLB

1          (3)     **DIRECTS** the Clerk to provide plaintiff with a Court-approved form "Motion

2   and Declaration in Support of Motion to Proceed *In Forma Pauperis*."

3   Dated:  April 1, 2025

4

5                                  Hon. Andrew G. Schopler

6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:25-cv-0258-AGS-JLB